# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 APR 23  PM 2:55

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILFREDO PALMERO HARTZ,

Defendant.

CASE NO. 92CR0541-AJB

BY_____

## JUDGMENT OF DISMISSAL

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____ an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X__ the Court has granted the motion of the Government for dismissal,
        without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____ a jury has been waived, and the Court has found the defendant not
        guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X__ of the offense(s) as charged in the Superseding Information:

    18:2113(a) and (d) - Armed Bank Robbery

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/19/12

Anthony J. Battaglia
UNITED STATES DISTICT JUDGE